DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDUARDO HUDGENS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-280

[April 1, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jill K. Levy, Judge; L.T. Case Nos. 16-13306-MU 10A and 17-58AC 10A.

Howard Finkelstein, Public Defender, and Sarah W. Sandler, Assistant Public Defender, Fort Lauderdale, for appellant.

Michael J. Satz, State Attorney, and Nicole Bloom, Assistant State Attorney, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***